UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENISE D. LEACHMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 4:08-CV-688 CEJ |
| ) | |
| CYNDI PRUDDEN, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on petitioner's motion for appointment of counsel. The motion will be denied without prejudice.

"A pro se litigant has no statutory or constitutional right to have counsel appointed in a civil case." Stevens v. Redwing, 146 F.3d 538, 546 (8th Cir. 1998). When determining whether to appoint counsel for an indigent litigant, the Court considers relevant factors, such as the complexity of the case, the ability of the pro se litigant to investigate the facts, the existence of conflicting testimony, and the ability of the pro se litigant to present his or her claim. Id.

After reviewing these factors, the Court finds that the appointment of counsel is not warranted at this time. This case is neither factually nor legally complex, and petitioner has not alleged that she is hindered from investigating the facts of this case.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion for appointment of counsel [# 3] is **denied without prejudice**.

```
                            _____
                            CAROL E. JACKSON
                            UNITED STATES DISTRICT JUDGE
```

Dated this 7th day of August, 2008.